■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v
FRANKIE COLON, Appellant. [816 NYS2d 354]—Judgment, Supreme
Court, New York County (Ronald A. Zweibel, J.), rendered Janu-
ary 6, 2005, convicting defendant, after a jury trial, of robbery
in the third degree, and sentencing him, as a second felony of-
fender, to a term of 3½ to 7 years, unanimously affirmed.

The verdict was not against the weight of the evidence (*see
People v Bleakley*, 69 NY2d 490 [1987]). There is no basis for
disturbing the jury's determinations regarding identification
and credibility. Concur—Mazzarelli, J.P., Friedman, Nardelli,
Gonzalez and Catterson, JJ.

■ M.D. SASS INVESTORS SERVICES, INC. et al., Respondents-
Appellants, v J.B. RUBIN & COMPANY, INC., et al., Appellants-
Respondents. M.D. SASS INVESTORS SERVICES, INC., et al.,
Respondents, v J.B. RUBIN & COMPANY, INC., et al., Appellants.
[816 NYS2d 353]—Order and judgment (one paper), Supreme
Court, New York County (Herman Cahn, J.), entered January
11, 2005, and order, same court and Justice, entered January 4,
2006, unanimously affirmed for the reasons stated by Cahn, J.,
without costs or disbursements. No opinion. Order filed.
Concur—Mazzarelli, J.P., Friedman, Nardelli, Gonzalez and
Catterson, JJ.